FILED
RICHARD W. NAGEL
CLERK OF COURT

6/5/2025

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.**  3:25-cr-00046 |
| **Plaintiff,** | **JUDGE**  Michael J. Newman |
| vs. | **INFORMATION** |
| **NELSON GONZALEZ-PONCE,** | **8 U.S.C. § 1326(a)** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### [8 U.S.C. § 1326(a)]

On or about April 18, 2025, in the Southern District of Ohio, defendant **NELSON GONZALEZ-PONCE,** an alien, was found in the United States after having been removed therefrom on or about July 29, 2016, at or near Brownsville, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

*Erica D. Lunderman*

**ERICA D. LUNDERMAN (0098342)**
**Assistant United States Attorney**